UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SEARCH WARRANT DATED OCTOBER 13, 2023, | No. 1:23-mc-00389 (JLR) (VF)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      This case was assigned to the undersigned on Part I duty for the purposes of a motion to unseal a search warrant. The motion was granted on October 20, 2023. There are no remaining issues in this action. The Clerk of Court is respectfully directed to CLOSE this case.

Dated: October 30, 2024
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge